

## CORPORATION FILE DETAIL REPORT

| | | | |
|---|---|---|---|
| File Number | 61745513 | | |
| Entity Name | ATLANTIC CREDIT & FINANCE, INC. | | |
| Status | ACTIVE | | |
| Entity Type | CORPORATION | Type of Corp | FOREIGN BCA |
| Qualification Date (Foreign) | 07/30/2001 | State | VIRGINIA |
| Agent Name | ILLINOIS CORPORATION SERVICE C | Agent Change Date | 09/22/2016 |
| Agent Street Address | 801 ADLAI STEVENSON DRIVE | President Name & Address | ASHISH MASIH 3111 CAMINO DEL RIO N #103 SAN DIEGO CA 92108 |
| Agent City | SPRINGFIELD | Secretary Name & Address | GREG CALL SAME |
| Agent Zip | 62703 | Duration Date | PERPETUAL |
| Annual Report Filing Date | 06/30/2017 | For Year | 2017 |

Return to the Search Screen          Purchase Certificate of Good Standing

(One Certificate per Transaction)

### OTHER SERVICES

File Annual Report

Adopting Assumed Name

Articles of Amendment Effecting A Name Change

Change of Registered Agent and/or Registered Office Address

EXHIBIT Group A



## LLC FILE DETAIL REPORT

| | | | |
|---|---|---|---|
| File Number | 02436353 | | |
| Entity Name | MIDLAND FUNDING LLC | | |
| Status | ACTIVE | On | 11/15/2016 |
| Entity Type | LLC | Type of LLC | Foreign |
| File Date | 01/14/2008 | Jurisdiction | DE |
| Agent Name | ILLINOIS CORPORATION SERVICE C | Agent Change Date | 01/14/2008 |
| Agent Street Address | 801 ADLAI STEVENSON DRIVE | Principal Office | 3111 CAMINO DEL RIO N, #103 SAN DIEGO, CA 92108 |
| Agent City | SPRINGFIELD | Managers | View |
| Agent Zip | 62703 | Duration | PERPETUAL |
| Annual Report Filing Date | 11/15/2016 | For Year | 2017 |
| Series Name | NOT AUTHORIZED TO ESTABLISH SERIES | | |

Return to the Search Screen

Purchase Certificate of Good Standing
(One Certificate per Transaction)

### OTHER SERVICES

File Annual Report

Adopting Assumed Name

Articles of Amendment Effecting A Name Change

Change of Registered Agent and/or Registered Office Address